IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JASON MICHAEL COYLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 325-080 |
| | ) |
| WARDEN KOCHELLE WATSON, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action. Because this case is dismissed, the pending motion for preliminary injunction is **DENIED AS MOOT**. (Doc. no. 5.)

SO ORDERED this  17th  day of October, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE